148 A.3d 448

**QUEST DIAGNOSTICS VENTURE, LLC, Appellant**

v.

**COMMONWEALTH of Pennsylvania, Appellee**

**No. 1 MAP 2016**

Supreme Court of Pennsylvania.

DECIDED: September 28, 2016

## ORDER

PER CURIAM

**AND NOW,** this 28th day of September, 2016, the order of the Commonwealth Court is hereby **AFFIRMED.** Quest Diagnostics Venture, LLC's Application for Relief Pursuant to Appellate Rule 123 to Grant Oral Argument is hereby **DENIED** as moot.